| | |
|---|---|
| 1 | ERIC D. HOUSER #130079 |
| | ehouser@houser-law.com |
| 2 | SARA L. MARKERT #251277 |
| | HOUSER & ALLISON |
| 3 | smarkert@houser-law.com |
| | A Professional Corporation |
| 4 | 9970 Research Drive |
| | Irvine, CA 92618 |
| 5 | Telephone:  (949) 679-1111 |
| | Facsimile:   (949) 679-1112 |

Attorneys for Defendant,
Nationwide Credit, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KURT KISS, | Case No.: 2:08-cv-08323-GAF-MAN |
| Plaintiff, | **HON. GARY A. FEESS** |
| vs. | |
| NATIONWIDE CREDIT, INC., | **JUDGMENT IN FAVOR OF DEFENDANT** |
| Defendant. | |

Defendant, Nationwide Credit, Inc. ("NCI") filed its Motion for Summary Judgment, or in the Alternative, Summary Adjudication of the Issues on August 31, 2009. The hearing on the Motion was set for September 21, 2009. This Court found the matter suitable for determination without the necessity of a hearing.

The matter presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, the court finds as follows:

1. That there is no triable issue of material fact to support Plaintiff's claim that the FDCPA applies to the case at hand because Plaintiff KURT KISS's debt is commercial in nature.

2. That there is no triable issue of material fact to support Plaintiff's

1

claim that the RFDCPA applies to the case at hand because Plaintiff KURT KISS's debt is commercial in nature.

3. That that is no triable issue of fact as to Plaintiff KURT KISS' bad faith in bringing this action which entitles NCI to recover its reasonable attorneys' fees and costs.

IT IS ORDERED AND ADJUDGED that the Plaintiff KURT KISS take nothing, that the action be dismissed on the merits and that Defendant NATIONWIDE CREDIT, INC. recover its reasonable attorneys' fees and costs in the amount of $15,932.90.

**IT IS SO ORDERED.**

Entered this _6th__ day of October 2009.

_____
HON. GARY A FEESS
UNITED STATES DISTRICT COURT JUDGE